# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2005

128349

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHAD NICHOLAS VANWAGONER,
      Defendant-Appellant.

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 128349
COA: 250926
Jackson CC: 01-004448-FC

_____/

On order of the Court, the application for leave to appeal the March 10, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CORRIGAN, J., would grant leave to appeal to reconsider *People v Bender*, 452 Mich 594 (1996).

KELLY, J., dissents and states as follows:

Defendant's confession was properly suppressed by the trial court under *People v Bender,* 452 Mich 594 (1996).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2005

_____
Clerk

p1206